UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF FLORIDA
TAMPA DIVISION

DENNIS GRETTON,

  Plaintiff,

                                    CASE NO.: 8:18-CV-01356-VMC-CPT

-vs-

DISCOVER PRODUCTS, INC.,

  Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Dennis Gretton, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Jacqueline A. Simms-Petredis, Esquire; Burr & Forman, LLP; 201 North Franklin Street, Suite 3200, Tampa Florida 33602; jsimms-petredis@burr.com on this 9th day of October, 2018.

                                                */s/ Octavio Gomez*
                                                Octavio Gomez, Esquire
                                                Florida Bar No.: 0338620
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 N. Franklin Street, 7th Floor
                                                Tampa, Florida 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 223-5402
                                                Primary Email: TGomez@ForThePeople.com
                                                Secondary Email: LDobbins@ForThePeople.com
                                                *Attorney for Plaintiff*