UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF FLORIDA
TAMPA DIVISION

DENNIS GRETTON,

  Plaintiff,                                                   CASE NO.:  8:18-CV-01356-VMC-CPT

-vs-

DISCOVER PRODUCTS, INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Dennis Gretton, and the Defendant, Discover Products, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 27th day of November, 2018.

| */s/ Octavio Gomez* | */s/ Jacqueline A. Simms-Petredis* |
|---|---|
| Octavio Gomez, Esquire | Jacqueline A. Simms-Petredis, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0906751 |
| Morgan & Morgan, Tampa,  P.A. | Burr & Forman LLP |
| 201 N. Franklin Street, Suite 700 | 201 N. Franklin Street, Suite 3200 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Tele: (813) 223-5505 | Tele: (813) 221-2626 |
| Fax: (813) 223-5402 | Fax: (813) 221-7335 |
| Primary Email: TGomez@ForThePeople.com | Primary Email: jsimms-petredis@burr.com |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |